

<u>VIA CM/ECF</u>  February 27, 2024
Honorable Magistrate Judge James M. Wicks
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 1020
Central Islip, New York 11722

Re**:** <u>**Lopez et al v. Robbins et al**</u>
       **Case 2:23-cv-00807-LDH-JMW**

Dear Honorable Magistrate Judge James M. Wicks:

    I represent the Defendants in the above-entitled action. I am seeking the court's consideration for an alternative means of appearance at the <u>**March 1, 2024 at 1:30 PM**</u> settlement conference for the Defendant, Arthur Robbins, who currently resides in Florida.  Due to compelling medical reasons Mr. Robbins is unable to travel.  He has strictly adhered to this advice for several years due to ongoing medical conditions.  In light of this, I kindly request the court's approval for Defendant Arthur Robbins to participate in the proceedings through videoconference via Zoom or by telephone.

    This alternative arrangement will allow Defendant Arthur Robbins to actively participate in the legal proceedings while adhering to his medical restrictions.  It ensures a fair and just process for all parties involved, considering the exceptional circumstances surrounding his health.

    I am willing to coordinate and facilitate the necessary arrangements to ensure a smooth and efficient videoconference or telephonic appearance for Defendant Arthur Robbins.  I believe this





accommodation is in the interest of justice and fairness. I have reached out to Plaintiff's counsel but am waiting for a return call.

    I thank you, Your Honor, for your time and consideration of this matter. I look forward to your guidance on the appropriate steps to facilitate Defendant Arthur Robbins's participation in the upcoming proceedings. Thank you.

By: /s/ Mitchell S. Segal
Mitchell Segal, Esq.
Law Offices of Mitchell Segal P.C.
1129 Northern Boulevard, Suite 404
Manhasset, NY 11030
Tel: (516) 415-0100
Email: msegal@segallegal.com
*Attorney for Defendants*

Long Island Office — 1129 Northern Boulvard, Suite 404, Manhasset, N.Y. 11030 | New York City Office — 137 Fifth Avenue, 9th Floor, New York, N.Y. 10010

msegal@segallegal.com | (212) 388-9444 | (516) 415-0100 | 800-700-CASE | (516) 706-6631 | www.segallegal.com