

Via ECF Filing  
Honorable Magistrate Judge James M. Wicks      September 24, 2024  
United States District Court  
Eastern District Of New York  
100 Federal Plaza, Courtroom 1020  
Central Islip, New York  

      Re:  <u>Lopez et al. v. Robbins et al.</u>  
           <u>Case No.: 1:23-cv-08082-DLI-CLP</u>  

Dear Judge James W. Wicks:

    On August 15, 2024, counsel for the parties, by way of a status report, wrote to inform this Honorable Court that the parties have settled the above referenced action. Doc # 28. The parties requested that they be permitted to file a Settlement Agreement with a *Cheeks* motion by the next conference date scheduled for October 8, 2024. The Status Letter was addressed to the Honorable Judge LaShann DeArcy Hall. The Status Letter and confirmation of settlement was revised in an Amended Status Letter also addressed to the Honorable LaShann DeArcy Hall. Doc # 29.

    Based on these previously filed status letters and further discussions between the parties, I respectfully request this Court to acknowledge the proposed settlement amongst the parties and as discussed with opposing counsel, I will be providing a Rule 68 Offer of Judgment to counsel today as well as a Settlement Agreement. I respectfully request the Court that all motions are dismissed as moot and all future dates and conferences are cancelled. Thank you very much.

                                                              Respectfully submitted,  
                                                              _____  
                                                               Mitchell Segal